IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

_____DIVISION

ESTATE OF HENRY S. LOCKETT

PERSONAL REPRESENTATIVE - DAVID LEACH

PLAINTIFF

VS.                                    CIVIL ACTION NO. 18-CV-454-KD-M

MARY WEHLING

DEFENDANT

UGENE WEHLING

DEFENDANT

REGENTS BANK

DEFENDANT

COMPLAINT

1.

GROUNDS FOR JURISDICTION.

PLINTIFF'S REPRESENTITIVE IS FROM OHIO.

1

DEFENDANTS ARE FROM ALABAMA.

THE AMOUNT IN CONTROVERSY IS OVER $75,000.

THERE ARE QUESTIONS OF FEDERAL BANKING LAWS.

2.

PLAINTIFF'S NAME AND ADDRESS.

ESTATE OF HENRY LOCKETT

ESTATE'S PERSONAL REPRESENTIVE -DAVID LEACH

24201 US HIGHWAY 90

ROBERTSDALE, ALABAMA  36567

3.

DEFENDANTS NAMES AND ADDRESSES

MARY WEHLING AND UGENE WEHLING

24421 US HIGHWAY 98

ELBERTA, ALABAMA 36530


REGENTS BANK

22070 AL-59

ROBERTSDALE, ALABAMA  36567

## PRIOR HISTORY

PLAINTIFF, DAVID LEACH, IS THE "PERSONAL REPRESENTIVE" (DEFINITION- A PERSON CHOSEN OR APPOINTED TO ACT OR SPEAK FOR ANOTHER- IN THIS CASE HENRY LOCKETT), OF PLANTIFF'S UNCLE HENRY LOCKETT'S ESTATE BY VIRTUE OF HIS WILL.

PLEASE SEE EXHIBIT NUMBER 1.

"HENRY S. LOCKETT'S LAST WILL AND TESTAMENT".  BOTTOM OF PAGE ONE

4.

THE DEFENDANTS, MARY WEHLING AND UGENE WEHLING ACTED IN CONCERT, TO TRANSFER ASSETS OF SAID ESTATE IN VIOLATION OF "ALABAMA UNIFORM POWER OF ATTORNEY ACT, CHAPTER 1A, TITLE 26, CODE OF ALABAMA 1975.

AS WELL AS ;

"UNIFORM POWER OF ATTORNEY ACT"

3

DRAFTED BY THE ( NCCUSL ) JULY 7-14, 2006

5.

TO WIT;

ALTHOUGH POWER OF ATTORNEY MAY GRANT VERY BROAD AUTHORITY, THEY CANNOT GRANT A RIGHT TO CHANGE A PRINCIPAL'S WILL BEFORE HIS DEATH. IN OTHER WORDS, THE AGENT IS REQUIRED TO USE HER POWER TO THE PRINCIPAL'S BENEFIT. MORE OVER, IF AN AGENT CHANGES BENEFICIARY DESIGNATIONS TO BENEFIT HERSELF IN SOME WAY, THE ORGINAL BENEFICIARIES MAY BE ABLE TO SUE HER FOR FRAUD OR BREACH OF FIDUCIARY DUTY.

THE AGENT HAS A FIDUCIARY DUTY TO ACT IN GOOD FAITH.

TO CONTINUE;

ALTHOUGH THE AGENT "MUST" KEEP A RECORD OF ALL RECEIPTS, DISBURSEMENTS, AND TRANSACTIONS ON BEHALF OF THE PRINCIPAL; DEFENDANT, MARY WEHLING REFUSES TO GIVE A COPY TO THE PLAINTIFF, THE PERSONAL REPRESENTATIVE OF THE ESTATE.

4

PLEASE SEE EXHIBIT NUMBER 2.

"DURABLE POWER OF ATTORNEY"

PAGE 15 MAY BE OF PARTICULAR INTEREST TO THE COURT.

THE WILL CLEARLY STATES PAY THE BILLS AND SPLIT THE ASSETS IN EQUAL SHARES AND DEFENDANTS KNEW THIS.

PLEASE SEE THE FIRST PAGE OF THE WILL, EXHIBIT 1, PARAGRAPH TWO.

DEFENDANT

REGENTS BANK

HENRY LOCKETT HAD RELIED ON REGENTS BANK TO PROTECT HIS ASSETS. HAVING MULTIBLE ACCOUNTS AND A SAFETY DEPOSIT BOX.

PLAINTIFF WENT TO REGENTS BANK IN ROBERTSDALE, ALABAMA WHERE PLAINTIFF'S UNCLE HAD OPENED HIS ACCOUNTS AND INQUIRED ABOUT ASSETS. PLAINTIFF MET WITH A BANK REPRESENTATIVE AND WAS TOLD THAT MARY WEHLING INSTRUCTED THE BANK NOT TELL PLAINTIFF ANYTHING ABOUT THE ACCOUNTS.

PLAINTIFF WAS IN A VERY EMOTIONAL STATE, PLAINTIFF'S UNCLE HENRY LOCKETT, HAVING RETURNED FROM WW2 AS A HERO, TURNED HIS ATTENTION TO HIS SISTER, PLAINTIFF'S MOTHER. HE DROVE TO KENTUCKY AND BOUGHT PLAINTIFF'S MOTHER A HOUSE, WHICH WE NEEDED. I WAS 5 YEARS OLD IN "1950" AND THAT WAS THE BEGINNING OF A 67 YEAR RELATIONSHIP FILLED WITH GOOD TIMES AND GOOD HUMOR.

PLAINTIFF DID SOME RESEARCH AND RETURNED TO THE BANK, TALKING TO ANOTHER OF THE BANKS REPRESENTATIVES. AGAIN, PLAINTIFF WAS DENIED. PLAINTIFF VOICED CONCERN OVER THE SAFETY DEPOSIT BOX. UNCLE HENRY WAS WORRIED THAT THE DROP IN THE STOCK MARKET MITE LEAD TO LARGE LOSSES AND WITHDREW A LARGE AMOUNT OF CASH. PLAINTIFF ASK THAT REGENTS BANK INVENTORY THE SAFETY DEPOSIT BOX BUT IT FEEL ON DEAF EARS AND THEY REFUSED. I RETURNED A THIRD TIME AND PRESENTED DOCUMENTS SHOWING PLAINTIFF WAS THE ONLY ONE THAT HAD CONTROL OVER THE ASSETS. AGAIN PLAINTIFF WAS TURNED

AWAY.

PLAINTIFF TURNED TO A LAWYER WHO AGREED WITH PLAINTIFF. HE CALLED THE BANK'S LEGAL DEPARTMENT AND PLAINTIFF WAS GIVEN THE ACCESS THAT WAS PLAINTIFF'S FROM DAY ONE.

AND, TO THIS DAY REGENTS BANK IS CONCEALING, THRU NON DISCLOSURE, MATERIAL FACTS IN AN EFFORT TO COVER THEIR MISTAKES.

REGENTS BANK'S ACTION COULD BE INTERPRETED AS FRAUD BY SUPPRESSION.

REGENTS BANK CONSCIOUSLY OR DELIBERATELY ENGAGED IN WANTONNESS IN CONNECTION WITH ITS ACTIONS.

REGENTS BANKS TEAM ARE HIGHLY TRAINED PROFESSIONALS AND SHOULD HAVE CAST SUSPICION ON THESE TRANSACTION FROM DAY ONE.

## RELEIF PLANTIFF IS REQUESTING

## PRIOR HISTORY

MY UNCLE HENRY LOCKETT WORKED FOR SCOTT PAPER CO. FOR 40 YEARS. WHEN HE

RETIRED HIS HOUSE WAS PAID FOR AND HIS INVESTMENTS WHERE WORTH 650,000. HENRY WAS CALLED BACK AFTER RETIREMENT AS AN ADVISER AND PAID 100,000. A YEAR FOR 3 YEARS.

THAT WAS 20 YEARS AGO.

WHEREFORE, PLAINTIFF SEEKS 475.000. FROM MARY WEHLING AND UGENE WEHLING IN ACTUAL DAMAGES AND 50,000. IN PUNITIVE DAMAGES

AFTER DISCOVERY, PLAINTIFF BELEIVES THE COURT WILL SEE MORE OF THE MISSING ASSETS PLAINTIFF HOPES TO RECOVER.

WHEREFORE, PLAINTIFF SEEKS 1,000,000. IN ACTUAL DAMAGES FROM REGENTS BANK AND THE LOSSES MAY WELL BE GREATER.

IN ADDITION, PLAINTIFF SEEKS MONETARY PUNITIVE DAMAGES IN AN AMOUNT TO BE SET BY THE COURT THAT WILL SERVE AS A FAIR WARNING MESSAGE TO STRENGTHEN REGENTS BANKS RESOLVE TO PROTECT ASSETS ENTRUSTED TO THE

BANK.

THE NEW UNIFORM POWER OF ATTORNEY ACT (BANKERS EDITION) IN SECTION "C" STATES THAT THE BANKER SHOULD NOT ACCEPT A POA IF THERE IS REASON TO BELEIVE (ii) "THAT THE AGENT IS ACTING OUTSIDE OF HIS OR HER AUTHORITY". THERE WAS MY PROTEST, WHICH FELL TO DEAF EARS, BUT MORE COMPELLING IS THE POA ITSELF- EXHIBIT 2 , PAGE 1, HENRY LOCKETT APPOINTS MARY WEHLING HIS AGENT TO ACT " ON MY BEHALF AND FOR MY USE AND BENEFIT". THIS IS NOT NEW TO THE BANK, THE LEGAL SYSTEM IS LOADED WITH CASES OF PEOPLE ACTING OUTSIDE OF THEIR POA AUTHORITY. THE "TELL" , IS THE ASSETS GO TO THE AGENT AND NOT FOR THE PRINCIPAL'S USE OR BENEFIT. AND THEN TRYING TO HIDE THE FACTS BY DENYING PLAINTIFF'S RIGHT TO SEE THE TRANSACTIONS, IS CONTEMPTIBLE.

18 U.S. CODE § 1344- BANK FRAUD

WHOEVER KNOWINGLY EXECUTES, OR ATTEMPS

TO EXECUTE, A SCHEME OR ARTIFICE-

(2) TO OBTAIN ANY OF THE MONIES, FUNDS, CREDITS, ASSETS, SECURITIES, OR OTHER PROPERTY OWNED BY, OR UNDER THE CUSTODY OR CONTROL OF, A FINANCIAL INSTITUTION, BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES;

SHALL BE FINED NOT MORE THAN $1,000,000 OR IMPRISONED NOT MORE THAN 30 YEARS, OR BOTH.

YOUR HONOR, AIDING AND ABETTING BANK FRAUD COULD EASILY COME UNDER 18 U.S. CODE § 1344.

WITH ALL DUE RESPECT TO YOUR HONOR AND THE COURT,

_____
PERSONAL REPRESENTATIVE
HENRY LOCKETT ESTATE

DAVID LEACH OCT. 18, 2018 PRO SE
24201 US HIGHWAY 90, ROBERTSDALE, AL. 36567
251-550-1357