IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID LEACH, Personal Representative of the Estate of Henry S. Lockett, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 18-00454-KD-MU |
| MARY WEHLING, et al., | ) ) | |
| Defendants. | ) | |

# **ORDER**

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 29, 2019, is ADOPTED as the opinion of this Court.

Accordingly, Defendant Region Bank's Rule 12(b)(1) motion to dismiss Plaintiff's complaint (doc. 11) is GRANTED and this action is dismissed without prejudice for lack of subject matter jurisdiction. *See Stalley ex rel. U.S. v. Orlando Regional Healthcare Sys., Inc.,* 524 F.3d 1229, 1232 (11th Cir. 2008) (per curiam) (dismissal for lack of subject matter jurisdiction "is not a judgment on the merits and is entered without prejudice.").

DONE and ORDERED this the 5th day of April 2019.

                                                                    /s Kristi K. DuBose
                                                                    KRISTI K. DuBOSE
                                                                    CHIEF UNITED STATES