# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEACH, Personal Representative of the Estate of Henry S. Lockett, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 18-00454-KD-MU<br>) |
| MARY WEHLING, et al., | )<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date adopting the Report and Recommendation of the Magistrate Judge, it is hereby ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DONE and ORDERED this the 5th day of April 2019.

/s Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES